This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**LORRIE M. HINZO**,

    Petitioner-Appellee,

v.                                    **No. 34,352**

**JASON P. HINZO**,

    Respondent-Appellant,

**STATE OF NEW MEXICO ex. rel**
**HUMAN SERVICES DEPARTMENT**,

    Intervenor.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Mary W. Rosner, District Judge**

Advanced Legal Resolutions, LLC
Sarah Van Cott
Las Cruces, NM

for Appellee

Jason P. Hinzo
Sioux Fall, SD

Pro Se

Hector B. Balderas, Attorney General
Lila Bird, Special Assistan Attorney General

Santa Fe, NM

for Intervenor

**MEMORANDUM OPINION**

**VIGIL, Chief Judge.**

{1}     Respondent appeals the district court's denial of his motion to modify child support. This Court's second notice of proposed summary disposition proposed to affirm various findings of the district court, but to reverse the judgment below because it awarded support for periods during which Respondent could not be characterized as a noncustodial parent for purposes of NMSA 1978, Section 27-2-28(A) (2009). [2CN 4] That notice proposed to remand this case to the district court for entry of a support order that is consistent with the requirements of Section 27-2-28. [Id.] The State has filed no response. Respondent, however, has filed a document in which he does not oppose the proposed summary disposition. We, therefore, reverse the judgment entered below and remand to the district court for the entry of an appropriate order of support.

{2}     **IT IS SO ORDERED.**

_____

**MICHAEL E. VIGIL, Chief Judge**

**WE CONCUR:**

_____

**LINDA M. VANZI, Judge**

_____

**STEPHEN G. FRENCH, Judge**